No. 436.   United Gas Pipe Line Co. v. Mobile Gas Service Corp. et al.; and

No. 556.   Federal Power Commission v. Mobile Gas Service Corp. C. A. 3d Cir. Certiorari granted. *Thomas Fletcher* and *C. Huffman Lewis* for the United Gas Pipe Line Co. *Solicitor General Sobeloff* and *Willard W. Gatchell* for the Federal Power Commission. *William C. Chanler* and *Samuel M. Johnston* for the Mobile Gas Service Corporation. Reported below: 215 F. 2d 883.·

No. 529.   Neese, Administrator, v. Southern Railway Co. C. A. 4th Cir. Certiorari granted. *Henry Hammer* for petitioner. *Frank G. Tompkins, Jr.* and *Henry L. Walker* for respondent.

No. 396, Misc.   Poret et al. v. Louisiana. Supreme Court of Louisiana. Certiorari granted. *Rudolph F. Becker, Jr.* for petitioners.

No. 506.   Tamblyn v. United States. C. A. 5th Cir. Certiorari denied. *H. L. Anderton* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 507.   Davis Airfoils, Inc. v. United States. Court of Claims. Certiorari denied. *Oscar A. Trippet, Lyle C. Newcomer* and *Edward Gallagher* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Paul A. Sweeney* for the United States.